UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: RUCK, BARRY & LINDA

Case No.: 18-35304
Chapter: 7
Judge: KCF

### NOTICE OF PROPOSED ABANDONMENT

__Barry R. Sharer__, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton
Clerk of the U.S. Bankruptcy Court
U.S. Courthouse, 1st Floor
402 E. State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson__ on __03/26/19__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
121 Beverly Hills Terrace Apt D
Woodbridge, NJ
Value: $230,291.00

Liens on property:
Ditech - $109,387.00
Bank of America - $89,413.00

Amount of equity claimed as exempt: $31,491.00

Objections must be served on, and requests for additional information directed to:

Name: /s/ Barry R. Sharer, Trustee
Address: 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043
Telephone No.: 856-435-3200

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:  
Barry A. Ruck  
Linda D. Ruck  
    Debtors

Case No. 18-35304-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Feb 22, 2019  
                     Form ID: pdf905     Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2019.

```
db/jdb         Barry A. Ruck,   Linda D. Ruck,   121 Beverly Hills Ter,   Apt D,   Woodbridge, NJ 07095-4049
517944425     +Advanced laparoscopic surgeons,   83 hanover rd ste 190,   Florham Park, NJ 07932-2998
517944426      Affirm Inc,   650 California St Fl 12,   San Francisco, CA 94108-2716
517944430    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court:   Bk of Amer,   PO Box 982238,   El Paso, TX  79998-2238)
517944428      Barclays Bank Delaware,   PO Box 8803,   Wilmington, DE 19899-8803
517944429      Bk of Amer,   4909 Savarese Cir,   Tampa, FL 33634-2413
517944432      Cbna,   PO Box 6497,   Sioux Falls, SD 57117-6497
517944435     +Credit First N A,   6275 Eastland Rd,   Brookpark, OH 44142-1399
517983572     +Ditech Financial LLC,   KML Law Group, P.C.,   216 Haddon Avenue, Ste. 406,
                Westmont, NJ 08108-2812
517944437      Ditech financial llc,   1100 Virginia Dr,   Fort Washington, PA 19034-3276
517944438      I C System Inc,   PO Box 64378,   Saint Paul, MN 55164-0378
517944440     +Jfk Medical Services,   80 James Street, 4th Floor,   Edison, NJ 08820-3938
517944445     +Schachter portnoy,   3490 us route 1,   Princeton, NJ 08540-5920
517944449      Tbom/Atls/Fortiva Mc,   PO Box 105555,   Atlanta, GA 30348-5555
517944449      Thd/Cbna,   PO Box 6497,   Sioux Falls, SD 57117-6497
517944433      cfna,   bk11 customer svc,   Cleveland, OH 44101-0315
517944439     +james st anestesia,   po box 4640,   Rutherford, NJ 07070-0464
517944443     +nj healthcare specialists,   po box 412138,   Boston, MA 02241-2138
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 23 2019 00:14:00     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 23 2019 00:13:55     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517944427     +E-mail/Text: bk@avant.com Feb 23 2019 00:14:55     Avant LLC,   222 N La Salle St Ste 170,
                 Chicago, IL 60601-1101
517944431      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 23 2019 00:18:54     Capital One,
                 15000 Capital One Dr,   Richmond, VA 23238-1119
517944434      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 23 2019 00:13:26     Comenity Bank/Womnwthn,
                 PO Box 182789,   Columbus, OH 43218-2789
517944436      E-mail/PDF: creditonebknotifications@resurgent.com Feb 23 2019 00:18:10     Credit One Bank NA,
                 PO Box 98872,   Las Vegas, NV 89193-8872
517944441     +E-mail/Text: bk@lendingclub.com Feb 23 2019 00:14:37     Lending Club Corp,   71 Stevenson St,
                 San Francisco, CA 94105-2985
517944442      E-mail/Text: bkr@cardworks.com Feb 23 2019 00:12:24     Merrick Bank Corp,   PO Box 9201,
                 Old Bethpage, NY 11804-9001
517944444     +E-mail/Text: recovery@paypal.com Feb 23 2019 00:12:29     Paypal,   2211 North 1st Street,
                 San Jose, CA 95131-2021
517944447      E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2019 00:19:33     Syncb/Walmart,   PO Box 965024,
                 Orlando, FL 32896-5024
517944446      E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2019 00:17:48     Syncb/amazon,   PO Box 965015,
                 Orlando, FL 32896-5015
517944930     +E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2019 00:19:32     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517944450      E-mail/Text: bnc-bluestem@quantum3group.com Feb 23 2019 00:14:56     Webbank/gettington,
                 6250 Ridgewood Rd,   Saint Cloud, MN 56303-0820
                                                                                               TOTAL: 13
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2019                                      Signature:  /s/Joseph Speetjens 

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Feb 22, 2019
                              Form ID: pdf905          Total Noticed: 31
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2019 at the address(es) listed below:
              Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Barry R. Sharer    CShapiro@SharerPBS.com,    BSharer@SharerPBS.com;nj83@ecfcbis.com
              Edward Nathan Vaisman    on behalf of Joint Debtor Linda D. Ruck vaismanlaw@gmail.com,
               G20495@notify.cincompass.com
              Edward Nathan Vaisman    on behalf of Debtor Barry A. Ruck vaismanlaw@gmail.com,
               G20495@notify.cincompass.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```