Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–35304–KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Barry A. Ruck
aka Barry Korenthal
121 Beverly Hills Ter
Apt D
Woodbridge, NJ 07095–4049

Linda D. Ruck
aka Dianne Kara
121 Beverly Hills Ter
Apt D
Woodbridge, NJ 07095–4049

Social Security No.:
xxx–xx–0134

xxx–xx–8877

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Barry R. Sharer is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: March 29, 2019

Kathryn C. Ferguson
Judge, United States Bankruptcy Court