**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Barry A. Ruck | Social Security number or ITIN xxx–xx–0134 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Linda D. Ruck | Social Security number or ITIN xxx–xx–8877 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–35304–KCF | |

# Order of Discharge                                                                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Barry A. Ruck  
aka Barry Korenthal

Linda D. Ruck  
aka Dianne Kara

3/29/19

**By the court:**   Kathryn C. Ferguson  
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2

United States Bankruptcy Court
District of New Jersey

In re:
Barry A. Ruck
Linda D. Ruck
    Debtors

Case No. 18-35304-KCF
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin            Page 1 of 2            Date Rcvd: Mar 29, 2019
                         Form ID: 318          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2019.
```
db/jdb         Barry A. Ruck,    Linda D. Ruck,    121 Beverly Hills Ter,    Apt D,    Woodbridge, NJ 07095-4049
517944425     +Advanced laparoscopic surgeons,    83 hanover rd ste 190,    Florham Park, NJ 07932-2998
517944426      Affirm Inc,    650 California St Fl 12,    San Francisco, CA 94108-2716
517944429      Bk of Amer,    4909 Savarese Cir,    Tampa, FL 33634-2413
517944432      Cbna,    PO Box 6497,    Sioux Falls, SD 57117-6497
517983572     +Ditech Financial LLC,    KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,
                Westmont, NJ 08108-2812
517944437      Ditech financial llc,    1100 Virginia Dr,    Fort Washington, PA 19034-3276
517944440     +Jfk Medical Services,    80 James Street, 4th Floor,    Edison, NJ 08820-3938
517944445     +Schachter portnoy,    3490 us route 1,    Princeton, NJ 08540-5920
517944448      Tbom/Atls/Fortiva Mc,    PO Box 105555,    Atlanta, GA 30348-5555
517944433      cfna,    bk11 customer svc,    Cleveland, OH 44101-0315
517944439     +james st anestesia,    po box 4640,    Rutherford, NJ 07070-0464
517944443     +nj healthcare specialists,    po box 412138,    Boston, MA 02241-2138
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 30 2019 00:30:51      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 30 2019 00:30:48      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517944427     +E-mail/Text: bk@avant.com Mar 30 2019 00:31:31      Avant LLC,    222 N La Salle St Ste 170,
                Chicago, IL 60601-1101
517944430      EDI: BANKAMER.COM Mar 30 2019 03:58:00      Bk of Amer,    PO Box 982238,
                El Paso, TX 79998-2238
517944428      EDI: TSYS2.COM Mar 30 2019 03:58:00      Barclays Bank Delaware,    PO Box 8803,
                Wilmington, DE 19899-8803
517944431      EDI: CAPITALONE.COM Mar 30 2019 03:58:00      Capital One,    15000 Capital One Dr,
                Richmond, VA 23238-1119
517944434      EDI: WFNNB.COM Mar 30 2019 03:58:00      Comenity Bank/Womnwthn,    PO Box 182789,
                Columbus, OH 43218-2789
517944435     +EDI: CRFRSTNA.COM Mar 30 2019 03:58:00      Credit First N A,    6275 Eastland Rd,
                Brookpark, OH 44142-1399
517944436      EDI: RCSFNBMARIN.COM Mar 30 2019 03:58:00      Credit One Bank NA,    PO Box 98872,
                Las Vegas, NV 89193-8872
517944438      EDI: IIC9.COM Mar 30 2019 04:03:00      I C System Inc,    PO Box 64378,
                Saint Paul, MN 55164-0378
517944441     +E-mail/Text: bk@lendingclub.com Mar 30 2019 00:31:26      Lending Club Corp,    71 Stevenson St,
                San Francisco, CA 94105-2985
517944442      EDI: MERRICKBANK.COM Mar 30 2019 03:58:00      Merrick Bank Corp,    PO Box 9201,
                Old Bethpage, NY 11804-9001
517944444     +E-mail/Text: recovery@paypal.com Mar 30 2019 00:29:29      Paypal,    2211 North 1st Street,
                San Jose, CA 95131-2021
517944447      EDI: RMSC.COM Mar 30 2019 03:58:00      Syncb/Walmart,    PO Box 965024,
                Orlando, FL 32896-5024
517944446      EDI: RMSC.COM Mar 30 2019 03:58:00      Syncb/amazon,    PO Box 965015,    Orlando, FL 32896-5015
517944930     +EDI: RMSC.COM Mar 30 2019 03:58:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
517944449      EDI: CITICORP.COM Mar 30 2019 03:58:00      Thd/Cbna,    PO Box 6497,
                Sioux Falls, SD 57117-6497
517944450      EDI: BLUESTEM Mar 30 2019 04:03:00      Webbank/gettington,    6250 Ridgewood Rd,
                Saint Cloud, MN 56303-0820
                                                                                               TOTAL: 18
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                Page 2 of 2              Date Rcvd: Mar 29, 2019
                              Form ID: 318               Total Noticed: 31
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2019 at the address(es) listed below:
              Barry R. Sharer     on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Barry R. Sharer     CShapiro@SharerPBS.com,    BSharer@SharerPBS.com;nj83@ecfcbis.com
              Edward Nathan Vaisman     on behalf of Joint Debtor Linda D. Ruck vaismanlaw@gmail.com,
               G20495@notify.cincompass.com
              Edward Nathan Vaisman     on behalf of Debtor Barry A. Ruck vaismanlaw@gmail.com,
               G20495@notify.cincompass.com
              Rebecca Ann Solarz     on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```